In *People v. Woodrum,* 911 P.2d 640, 641 (Colo.1996), we publicly censured a lawyer for neglecting a legal matter, commingling client and personal funds, and misrepresenting to a client that a favorable plea bargain had been reached. We concluded that a public censure was appropriate because Woodrum had not been disciplined before, cooperated in the proceedings, and was inexperienced in the practice of law. *See id.* While the respondent has received a letter of admonition for unrelated misconduct, his misconduct is not as extensive as Woodrum's. We therefore conclude that a public censure is an appropriate sanction.

### III.

The PEOPLE of the State of Colorado, Petitioner,

v.

G.W.R., Respondent.

No. 97SC379.

Supreme Court of Colorado.

April 30, 1998.

Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of Counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari heretofore granted be, and is, DENIED as having been improvidently granted.